**N.C. DEPT. OF ADMIN. v. SHAW FOOD SERVICES, INC.**

[347 N.C. 663 (1998)]

NORTH CAROLINA DEPARTMENT OF ADMINISTRATION v. SHAW FOOD
SERVICES, INC.

No. 411PA97

(Filed 6 March 1998)

On writ of certiorari pursuant to N.C.G.S. § 7A-32(b) of an order entered by the Court of Appeals on 11 August 1997, denying plaintiff's petition for writ of supersedeas and dissolving the temporary stay of an order entered on 10 June 1997 by Thompson, J., in Superior Court, Wake County. Heard in the Supreme Court 11 February 1998.

*Michael F. Easley, Attorney General, by Andrew A. Vanore, Jr., Chief Deputy Attorney General, and Teresa L. White, Assistant Attorney General, for appellant Department of Administration.*

*Hunton & Williams, by A. Todd Brown and Albert Diaz, for defendant-appellee Shaw Food Services.*

PER CURIAM.

WRIT OF CERTIORARI IMPROVIDENTLY ALLOWED.